■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY MEANS, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on August 8, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PEREZ, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on October 30, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS PERRY, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on April 3, 1984, unanimously affirmed.